Anna Y. Park, CA SBN 164242
Lorena Garcia, CA SBN 234091
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorney for U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

FILED
Clerk
District Court

JUN 24 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN RE: APPLICATION OF LORENA GARCIA TO PRACTICE BEFORE THE COURT | MISC. NO. MC 08 00033<br><br>OATH OF ADMISSION FOR LORENA GARCIA |

## OATH OF ADMISSION

I solemnly swear (or affirm) that I will support the Constitution and laws of the United States; that I will bear true allegiance to the United States; that I will maintain due respect for United States Courts and Judicial Officers; and that I will conduct myself conscientiously as an attorney of this Court.

Dated: June 23, 2008

_____
LORENA GARCIA
Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION