Anna Y. Park, CA SBN 164242
Lorena Garcia, CA SBN 234091
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorney for U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

F I L E D
Clerk
District Court

JUN 24 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN RE: APPLICATION OF LORENA GARCIA TO PRACTICE BEFORE THE COURT | MISC. NO. MC 08 00033<br><br>[~~PROPOSED~~] ORDER FOR ADMISSION OF LORENA GARCIA TO THE BAR OF THIS COURT PURSUANT TO LOCAL RULE 83.5(c) |

The Court having considered the Verified Petition of Lorena Garcia for Admission to the Bar of this Court Pursuant to Local Rule 83.5(c), and it appearing that the requirements of Local Rule 83.5(c) of the Local Rules of Practice for the United States District Court for the District of the Northern Mariana Islands have been met, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Application of Lorena Garcia to practice before this Court and to attend to the interests of the United States of America and the Equal Employment Opportunity Commission during the period of her employment by the United States is GRANTED.

June 24TH, 2008.

_____
U.S. DISTRICT COURT JUDGE

-1-